# In the United States District Court for the Southern District of Georgia Waycross Division

DALE DEAN GOINS,

Plaintiff,

v.

WARDEN SPAN, WARE STATE PRISON,

Defendant.

CV 526-1033

**ORDER**

Plaintiff attempted to initiate a civil rights action against Defendant by filing a "motion for emergency preliminary injunction" on September 28, 2026. Dkt. No. 1. The following day, the Clerk of Court issued a Notice of Filing Deficiency, informing Plaintiff that "[a] civil action is commenced by filing a complaint with the court," dkt. no. 3, and providing Plaintiff with a form complaint, dkt. no. 3-1, which he was instructed to return. The Clerk informed Plaintiff that, "after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal." Dkt. No. 3. To date, Plaintiff has failed to submit a complaint to the Court, and, thus, has failed to comply with the Deficiency Notice. Accordingly, this matter is **DISMISSED** due to

Plaintiff's failure to file a complaint and failure to comply with the Court's directive.

**SO ORDERED**, this 2 day of November, 2026.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA